United States District Court
Southern District of Texas
**ENTERED**
May 04, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Eglesper Rucker, Individually and on Behalf of Others Similarly Situated, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-1785 |
| On Demand Services, LLC d/b/a United Smart Tech, | § § § § | |
| Defendant. | § § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Order, this action is **DISMISSED without prejudice**.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 3rd day of May, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE